#4

ISBE/KCC

CHARLES HEAD
Prisoner no. 45494-112
FCI Cumberland
P.O. Box 1000
Cumberland, Md. 21501-1000
In Pro Se

FILED

SEP 30 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES HEAD,
Plaintiff

    -v-

CHARLES R. CARR JR., et al.,
Defendants

Case no. 19-1246

DECLARATION IN SUPPORT OF LEAVE TO PROCEED
IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. 1915

CHARLES HEAD states:

1. I am the plaintiff in the above-entitled action. I make this declaration in support of my application to proceed in forma pauperis.

2. I am incarcerated at FCI Cumberland.

3. I make $25.00 per month at the prison.

4. I receive approximately $100.00 per month from my family, friends and others over the past 12 months. (See attached trust account statement.)

5. I have no other source of income and do not own any cash, bank accounts, real estate, stocks, bonds, notes, automobiles, or other valuable property.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9-23-2019

CHARLES HEAD
Prisoner no. 45494-112
FCI Cumberland, P.O.B. 1000
Cumberland, Md. 21501-1000

-2-